

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00658-CR

James E. **SALDAÑA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 12, Bexar County, Texas
Trial Court No. 365341
Honorable Scott Roberts, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED June 17, 2015.

_____
Rebecca C. Martinez, Justice